James J. KELLY, Libelant Appellee, v. OVER-SEAS SHIPPING CO., Inc., Respondent Appellant.

(Circuit Court of Appeals, Second Circuit. March 16, 1925.)

No. 223.

Appeal from the District Court of the United States for the Eastern District of New York.

Baldwin, Barns & Weeks, of New York City (Frank V. Barns, of New York City, of counsel), for appellant.

Macklin, Brown & Van Wyck and Horace L. Cheyney, all of New York City, for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (7 F.[2d] 732) affirmed, with costs.